## UNITED STATED DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**JENNIFER CRISAFULLI**
            **Plaintiff,**

                                        **Case No.  2:12-cv-420-FtM-99SPC**

**METROPOLITAN LIFE INSURANCE COMPANY,**
**a foreign corporation, WINN DIXIE, a Florida Corporation**
**other affiliate, OPAL HOLDINGS, LLC,**
**corporate parent, BI-LO HOLDINGS, LLC**

            **Defendant.**
_____

## ERISA CASE ORDER

This case came on for a Preliminary Pretrial Conference on January 8, 2013. At the

hearing, the Court discussed the expected progress of this case.

This action is designated as a **Track One** case. Track One cases are referred to the

assigned Magistrate Judge for management and the entry of a Report and Recommendation. It is

**ORDERED** that, the following deadlines shall be applicable:

| | |
|---|---|
| Submission by Defendant of the Administrative Record for review. Counsel shall indicate which pages of the record contain language which would indicate the appropriate standard of review. | The record may be filed with the Clerk's Office in paper format.<br><br>FEBRUARY 7, 2013 |
| Determination by the parties of the applicable standard of review. This may be done either by stipulation if the parties are in agreement, or by notice to the Court if there is a disagreement. | MARCH 9, 2013 |
| Plaintiff's Motion and Memorandum of Law, Defendant's Cross Motion and Memorandum of Law | APRIL 9, 2013 |

| Defendant's Responsive Memorandum of Law, Plaintiff's Responsive Memorandum of Law | MAY 8, 2013 |
|---|---|

The case will thereafter be taken under advisement.

**DONE AND ORDERED** at Fort Myers, Florida, this __8th__ day of January, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record