UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEANETTE CRISAFULLI,

    Plaintiff,

v.                                                     Case No:  2:12-cv-420-Ftm-99SPC

METROPOLITAN LIFE INSURANCE
COMPANY and WINN-DIXIE STORES,
INC.,

    Defendants.
_____/

## **ORDER**

This matter comes before the Court *sua sponte*.  The Parties have informed the Court that this matter has settled.  Thus, the Court directs the Plaintiff to file a stipulated voluntary dismissal that is signed by all parties to the action in order to dismiss the case.  Fed. R. Civ. P. 41(a).

Accordingly, it is now

**ORDERED:**

Plaintiff is directed to file a notice of voluntary dismissal that is signed by all parties to the action in order to dismiss the case.  Plaintiff shall have up to and including **May 13, 2013**, to do so.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of May, 2013.

                                                                 SHERI POLSTER CHAPPELL
                                                                  UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record